# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUADALUPE REBOLLERO-SANCHEZ,<br><br>Defendant. | CASE NO. CR99-620-JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on February 15, 2008. The United States was represented by Adam Cornell. The defendant was represented by Robert Gombiner.

## CONVICTION AND SENTENCE

Defendant had been convicted of Illegal Reentry on or about February 25, 2000. The Honorable Ricardo S. Martinez of this court sentenced Defendant to 57 months of confinement, followed by 3 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

<u>DEFENDANT'S ADMISSION</u>

U.S. Probation Officer Todd Sanders alleged that Defendant violated the conditions of supervised release in the following respect:

(1) Reentering the United States without permission of the Bureau of Immigration and Customs Enforcement, on or before November 10, 2004, in violation of special condition #7 of his supervised release, and of the standard condition that he not commit another federal, state or local crime.

I advised the defendant of the charge and of his constitutional rights. Defendant admitted to the first part of the violation, and the Government has agreed to withdraw the second part which reads: and [violation] of the standard condition that he not commit another federal, state or local crime.

<u>RECOMMENDED FINDINGS AND CONCLUSIONS</u>

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release and hereby set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 15th day of February, 2008.

*/s/ M. Benton*
MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge        : Hon. Ricardo S. Martinez
    Assistant U.S. Attorney : Adam Cornell
    Defense Attorney        : Robert Gombiner
    U. S. Probation Officer : Todd Sanders

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-